IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLARICE A. PETERSON,
n/k/a CLARICE A. LUCK,

      Petitioner,

vs.                              No. CV 03-660 JB/LAM

DEAN S. PETERSON,

      Respondent.

DEAN S. PETERSON,

      Plaintiff,

vs.

PAMELA HYDE, SECRETARY,
HUMAN SERVICES DEPT.,
STEPHANIE GONZALES, DIRECTOR,
CHILD SUPPORT ENFORCEMENT
DIVISION, AND MARK CRADDOCK,

      Defendants.

### MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Countermotion to Defendants' Motion to Allow Filing Exhibits in Excess of 50 Pages and Defendants' Motion to Supplement, filed January 12, 2004 (Doc. 118). The Court held a hearing on this motion on February 11, 2004. At that time, the Defendants stated that they do not oppose this motion. For the reasons stated on the record in open court and consistent with the Court's ruling at the hearing on this motion, the Court finds that the motion is premature and will be deny it without prejudice. If the Plaintiff, at the time he files his Reply, determines that he needs to file more than 50 pages of exhibits, the Plaintiff may

call Ms. K'Aun Sanchez, the Court's courtroom deputy, and inform her of the number of pages needed. The Court will approve a page extension at that time in the range of 60 to 80 pages of exhibits.

**IT IS ORDERED** that the Plaintiff's Countermotion to Defendants' Motion to Allow Filing Exhibits in Excess of 50 Pages and Defendants' Motion to Supplement is denied without prejudice. Plaintiff may, at the time he files his Reply, if he then determines it necessary, contact the Court for approval of a page extension in the range of 60 to 80 pages of exhibits.

_____
UNITED STATES DISTRICT JUDGE

Counsel:

R. Matthew Bristol
Law Offices of R. Matthew Bristol
Roswell, New Mexico

   *Attorneys for the Plaintiff*

Richard E. Olson
Derek L. Brooks
Hinkle, Hensley, Shanor & Martin, L.L.P.
Roswell, New Mexico

   *Attorneys for the Defendants*