IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLARICE A. PETERSON,
n/k/a CLARICE A. LUCK,

      Petitioner,

vs.                                                                                                 No. CV 03-660 JB/LAM

DEAN S. PETERSON,

      Respondent.

DEAN S. PETERSON,

      Plaintiff,

vs.

PAMELA HYDE, SECRETARY,
HUMAN SERVICES DEPT.,
STEPHANIE GONZALES, DIRECTOR,
CHILD SUPPORT ENFORCEMENT
DIVISION, AND MARK CRADDOCK,

      Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Extend Deadline to File Motions for Summary Judgment as to Defendants' Affirmative Defenses, filed January 13, 2004 (Doc. 120). The Court held a hearing on this motion on February 11, 2004. For the reasons stated on the record in open court and consistent with the Court's ruling at the hearing on this motion, the Court will grant the motion in part and deny the motion in part. The Court will grant the motion as to those affirmative defenses raised in the Defendants' Answer to the Plaintiff's Second Amended Complaint, specifically Affirmative Defenses 9-17. The Court will deny the motion as to Affirmative

Defenses 1-8.  The Court will extend the deadline for the Plaintiff to file motions for summary judgment regarding the Defendants' Affirmative Defenses 9-17 until March 10, 2004.

**IT IS ORDERED** that the Plaintiff's Motion to Extend Deadline to Filed Motions for Summary Judgment as to Defendants' Affirmative Defenses is granted in part and denied in part.  the deadline is hereby extended for the Plaintiff to file motions for summary judgment regarding the Defendants' Affirmative Defenses 9-17 until March 10, 2004.

_____
UNITED STATES DISTRICT JUDGE

Counsel:

R. Matthew Bristol
Law Offices of R. Matthew Bristol
Roswell, New Mexico

 *Attorneys for the Plaintiff*

Richard E. Olson
Derek L. Brooks
Hinkle, Hensley, Shanor & Martin, L.L.P.
Roswell, New Mexico

 *Attorneys for the Defendants*